IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE C. BROTHERS,<br><br>    Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE<br>OF CALIFORNIA.,<br><br>    Respondent.<br>_____/ | 1:05-CV-00809-AWI-TAG-HC<br><br>ORDER DISREGARDING<br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS AS MOOT<br>(Doc. 2) |

Petitioner is a state prisoner proceeding pro se in a civil rights action pursuant to 28 U.S.C. Section 2254.

On June 10, 2005, Petitioner filed an application to proceed in forma pauperis. Also on June 10, 2005, petitioner paid the $5.00 filing fee. Due to the fact Petitioner paid the filing fee, the application to proceed in forma pauperis is disregarded.

It is HEREBY ORDERED that Petitioner's application to proceed in forma pauperis of June 10, 2005 (Doc. 2), is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated:   **July 11, 2005**             /s/ Theresa A. Goldner
j6eb3d                           UNITED STATES MAGISTRATE JUDGE