UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE C. BROTHERS,<br><br>        Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent.<br>_____/ | 1:05-cv-00809 AWI-TAG (HC)<br><br>ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER SHE WILL CONSENT TO JURISDICTION OF THE MAGISTRATE JUDGE |

Petitioner is proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 21, 2005, the Clerk of the Court mailed a consent/decline form to Petitioner, with information and instructions for informing the Court whether she would consent to Magistrate Judge jurisdiction. Petitioner has not returned the consent/decline form.

Accordingly, Petitioner is ORDERED to tell the Court whether she will consent to Magistrate Judge jurisdiction. Petitioner must complete and return the consent/decline form within thirty (30) days. Failure to follow this order will result in a recommendation that this action be dismissed pursuant to Local Rule 11-110.

The Clerk of the Court is DIRECTED to send to Petitioner another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:   **February 22, 2008**                                         **/s/ Theresa A. Goldner**
                                                                                                               UNITED STATES MAGISTRATE JUDGE