# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE C. BROTHERS,<br><br>           Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>           Respondent. | 1:05-cv-00809-AWI-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 20)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS (Doc. 15)<br><br>ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 10)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On April 25, 2007, Petitioner filed an amended petition. (Doc. 10). On February 4, 2008, Respondent filed a motion to dismiss the amended petition. (Doc. 15). On July 24, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the motion to dismiss be granted and that the amended petition for writ of habeas corpus be DISMISSED as untimely pursuant to 28 U.S.C. § 2244(d)(1). (Doc. 20). The Findings and Recommendations was served on all parties and contained notice that any objections were to be filed

1  within fifteen days from the date of service of that order.  To date, Petitioner has not filed objections.

2        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

3  *novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the

4  Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

5  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

6  Accordingly, IT IS HEREBY ORDERED that:

7      1.      The Findings and Recommendation issued July 24, 2008 (Doc. 20), is ADOPTED IN

8            FULL;

9      2.      Respondent's motion to dismiss (Doc. 15), is GRANTED;

10      3.      The amended petition for writ of habeas corpus (Doc. 10) is DISMISSED as

11            untimely; and,

12      4.      The Clerk of Court is DIRECTED to close the file.

13  This order terminates the action in its entirety.

15  IT IS SO ORDERED.

16  **Dated:    August 18, 2008**                    **/s/ Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE